#60843

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-62306 |
| | ) | |
| MARSH, FREDERICK | ) | CHAPTER 7 |
| MARSH, SHARON | ) | |
| | ) | JUDGE KENDIG |
| DEBTORS | ) | |
| | ) | |

## TRANSMITTAL OF FUNDS PER RULE 3010

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's: Check No. 107, in the amount $1.96 for Claim No. 4 Ohio Edison representing the total of the dividends less than five (5) dollars in connection with the above-captioned case is submitted with this report.



Respectfully submitted,

_____
Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

| | | | Page: |
|---|---|---|---|

Date: 11/08/10

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-62306 - MARSH, FREDERICK

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| OHIO EDISON BANKRUPTCY DEPARTMENT<br>6896 MILLER ROAD SUITE 204<br>BRECKSVILLE, OHIO 44141 | 000004 | 97.14 | 1.96 |

---------- Remittance Total ---------------                         97.14        1.96

_____
Anne Piero Silagy, Esq., Trustee

```
    UNITED STATES
  BANKRUPTCY COURT

  Northern District of Ohio
      Canton Division

R1 - 00060843 -- SESHE

  November 10, 2010 11:41:30

 Code    Case #    Qty     Amount
 UF - UNCLAIMED FUNDS
         09-62306   1@    $1.96CK
    Debtor - MARSH

 TOTAL --           $1.96
 TEND  --            1.96
 CHANGE--            0.00


 FROM: ANNE PIERO SILAGY, ESQ.
       220 MARKET AVE, S #900
       CANTON, OH 44702
       330-456-0900
```

Printed: 11/08/10 03:41 PM   Ver: 16 00a

COURT1